IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| MAURICE COOK, | ) | Case No. 2:06-cv-02110-MMS |
| | ) | |
| Petitioner, | ) | ORDER |
| v. | ) | |
| | ) | |
| KEN CLARK, et al., | ) | |
| | ) | |
| Respondents. | ) | |

    Petitioner Maurice Cook has filed several letters and a motion under Federal Rule of Civil Procedure 60(b)(6) seeking relief from this court's judgment entered April 7, 2009 denying his habeas petition. Contrary to Petitioner's assertion, there was no Magistrate Judge's report or recommendation. Petitioner was provided with copies of all the documents that preceded this court's judgment. He has not shown any extraordinary circumstances justifying relief under Rule 60(b)(6).

    Petitioner's motion for relief pursuant to Rule 60(b)(6) is **DENIED**. No further filings will be accepted in this case.

///

///

///

1   DATED:     December 20, 2011

3                                           /s/ Mary M. Schroeder
                                            MARY M. SCHROEDER,
4                                           United States Circuit Judge
                                            Sitting by designation